PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 1 1 2007

JAMES N. HATTEN, Clerk
By: ＿＿＿ Deputy Clerk

# UNITED STATES DISTRICT COURT

## for

## NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. James Errick Fallen

Docket No. 1:05-CR-172-02-JOF

### SUMMONS AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW N. Keith Scott PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of James Errick Fallen who was placed on supervision for the offense of Aiding and Abetting False Statements, in violation of 18 U.S.C. §§1001(a) and 2, by the Honorable J. Owen Forrester sitting in the Court at Atlanta, on the 7th day of February, 2006, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

2. The defendant shall be monitored for drug usage and shall undergo drug treatment if found necessary, as directed by the U. S. Probation Officer.

3. The defendant shall participate in eighty (80) hours of community service during the first year of his supervised release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. <u>Illegal Drug Use:</u> On August 8, 2006, August 12, 2006, and on September 1, 2006, the defendant possessed illegal drugs in that urine specimens collected form him those dates returned positive for marijuana.

2. <u>Failure to Attend Drug Treatment:</u> The defendant failed to attend substance abuse treatment on October 11, 2006, and on October 18, 2006, as directed.

3. <u>Failure to Submit to Drug Testing:</u> The defendant failed to submit to drug testing pursuant to the code-a-phone system as directed on the following dates: June 15, 2006, August 3, 2006, and on October 10, 2006.

4. <u>Failure to Maintain Employment:</u> The defendant failed to maintain employment and failed to notify the probation officer of a job change within 72 hours as directed.

5. <u>False Statements to the Probation Officer:</u> The defendant was untruthful with the probation officer regarding a medical diagnosis.

U.S.A. v. James Errick Fallen
Docket No.: 1:05-CR-172-02-JOF
Petition and Order to Show Cause
Page 2

PRAYING THAT THE COURT WILL ORDER James Errick Fallen to appear before the Court on _____ at _____, as directed to show cause why Supervised Release should not be revoked.

ORDER OF COURT

Considered and ordered this ____8____ day of ____January____, 2007, and ordered filed and made a part of the records in the above case.

_____
Honorable J. Owen Forrester
Senior U. S. District Court Judge

Respectfully,

_____
N. Keith Scott
Sr. U. S. Probation Officer

Place:  Atlanta, Georgia

Date:   November 22, 2006

_____
Leigh A. Knight
Supervising U. S. Probation Officer