# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00172-JOF-GGB
## USA v. Joseph et al
## Honorable J. Owen Forrester

Minute Sheet for proceedings held In Open Court on 03/15/2007.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.
TIME IN COURT: 00:30

COURT REPORTER: Lois Phillips
DEPUTY CLERK: Traci Clements-Campbell

| | |
|---|---|
| DEFENDANT(S): | [2]James Errick Fallen Present at proceedings |
| ATTORNEY(S) PRESENT: | Anna Blitz representing James Errick Fallen<br>** Joseph Plummer representing USA |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Supervised Release. Supervised Release was MODIFIED. |
| MINUTE TEXT: | Revocation Hearing held as to James Fallen. The following govt witness was sworn in and testified - USPO Keith Scott; Deft exhibit #1 admitted for the record. Deft continued on SR with modification: deft to serve 48 hours of community service within the next three (3) months. |