PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 6 2007

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

U. S. A. vs. James Errick Fallen

Docket No. 1:05-CR-172-02-JOF

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW N. Keith Scott PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of James Errick Fallen who was placed on supervision for the offense of Aiding and Abetting False Statements, in violation of 18 U.S.C. §§1001(a) and 2, by the Honorable J. Owen Forrester sitting in the Court at Atlanta, on the 7th day of February, 2006, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

2. The defendant shall be monitored for drug usage and shall undergo drug treatment if found necessary, as directed by the U. S. Probation Officer.

3. The defendant shall participate in eighty (80) hours of community service during the first year of his supervised release.

4. The defendant shall perform forty-eight (48) hours of community service work within three (3) months at the direction of the U. S. Probation Officer. *(Added at the revocation hearing on March 15, 2007).*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. <u>Illegal Drug Use:</u> On March 15, 2007, and March 24, 2007, the defendant possessed illegal drugs in that urine specimens collected from him those dates returned positive for marijuana.

2. <u>False Statements to the Probation Officer:</u> On March 15, 2007, the defendant was untruthful with the probation officer regarding the defendant's recent marijuana use.

PRAYING THAT THE COURT WILL ORDER James Errick Fallen to appear before the Court on May 8, 2007 at 10:30 A.M., as directed to show cause why Supervised Release should not be revoked.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this _____ day of April, 2007, and ordered filed and made a part of the records in the above case. | _____<br>N. Keith Scott<br>Sr. U. S. Probation Officer |
| _____<br>Honorable J. Owen Forrester<br>Senior U. S. District Court Judge | Place: Atlanta, Georgia<br>Date: April 5, 2007<br><br>_____<br>Leigh A. Knight<br>Supervising U. S. Probation Officer |