# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00172-JOF-GGB
## USA v. Joseph et al
## Honorable J. Owen Forrester

Minute Sheet for proceedings held In Open Court on 05/08/2007.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:00 A.M.
TIME IN COURT: 00:30

COURT REPORTER: Lois Phillips
DEPUTY CLERK: Traci Clements-Campbell

| | |
|---|---|
| DEFENDANT(S): | [2]James Errick Fallen Present at proceedings |
| ATTORNEY(S) PRESENT: | Anna Blitz representing James Errick Fallen<br>Jane Swift representing USA |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Supervised Release.<br>Supervised Release was REVOKED. |
| MINUTE TEXT: | Deft committed to the custody of the Bureau of Prisons for a period of SIX (6) MONTHS (in custody sentence). Upon release from imprisonment, supervised release shall not be imposed. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. |